THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Alvin Keith
 Brown, Appellant.
 
 
 

Appeal From Florence County
 J. Michael Baxley, Circuit Court Judge
Unpublished Opinion No. 2008-UP-033
Submitted January 1, 2008  Filed January
 11, 2008    
APPEAL DISMISSED 
 

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Edgar Lewis Clements, III, of Florence, for
 Respondent.
 
 
 

PER CURIAM:  A
 jury convicted Alvin Keith Brown of possession of crack cocaine with intent to
 distribute (PWID), assault and battery with intent to kill (ABWIK), possession
 of a weapon during the commission of a violent crime, resisting arrest with a
 deadly weapon, assault of a high and aggravated nature (AHAN), and unlawful
 possession of prescription drugs.  The trial judge sentenced him to fifteen
 years in prison for PWID, two years for possession of prescription drugs, five years
 for the weapons charge, ten years for AHAN, ten years for resisting arrest, and
 life without the possibility of parole for ABWIK.  Brown argues the trial judge
 erred in refusing to suppress evidence that was seized pursuant to an unlawful
 seizure of him.  Browns counsel attached to the brief a petition to be
 relieved as counsel, stating that she had reviewed the record and concluded
 this appeal lacks merit.  Brown did not file a separate pro se brief.  After a thorough review of the record and counsels brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Browns appeal and grant counsels
 petition to be relieved.[1]  
 
APPEAL DISMISSED.
HUFF and PIEPER, JJ., and CURETON, A.J., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.